Solomon Galinger, Appellant, *v.* Iowa Central Railway Company et al., Respondents.

This case was argued and decided with *Dow* v. *Iowa Central Railway Co.* (*ante,* p. 426).

---

Aaron R. Stevens et al., Respondents, *v.* The Union Trust Company of New York et al., Appellants.

(Argued December 10, 1894; decided January 15, 1895.)

Appeal from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 29, 1894, which affirmed an interlocutory judgment in favor of plaintiffs entered upon an order of Special Term overruling a demurrer to the complaint.

*Wheeler H. Peckham* for appellants.

*Edward Winslow Paige* for respondents.

Agree to affirm on authority of *Harrison* v. *Same Defendant* (*ante,* p. 326), but with leave to answer on payment of costs of demurrer within twenty days after notice of entry of judgment; no opinion.

All concur, except Peckham, J., not voting, and Haight, J., not sitting.

Judgment accordingly.